**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DAWN JONES,

        *Plaintiff,*

    v.

BOROUGH OF EDDYSTONE, et al.,

        *Defendants.*

CIVIL ACTION

NO. 26-754

### <u>ORDER</u>

**AND NOW**, this 13th day of May, 2026, upon consideration of the Amended

Complaint, (Dkt. No. 14), the Defendants' Motion to Dismiss, (Dkt. No. 15), and Jones's

Response in Opposition, (Dkt. No. 19), it is hereby **ORDERED** that the Motion is

**GRANTED** as follows:

1.     The procedural due process claim (Count VI) is **DISMISSED with prejudice**.

2.     All references to punitive damages against the Borough of Eddystone are **STRICKEN** from the Amended Complaint.

        BY THE COURT:

        ***/s/ Gerald J. Pappert***
        Gerald J. Pappert, J.